TAYLOR v. DECATUR MINERAL & LAND CO. (Circuit Court of Appeals, Fifth Circuit. December 14, 1903.) No. 1,115. Appeal from the Cir-

cuit Court of the United States for the Northern District of Alabama. Milton Humes, for appellant. Lawrence Cooper, for appellee. Dismissed, as per stipulation.